IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
SEP 10 2013
US District Court
Western District of NC

CIVIL ACTION NO. 3:13-CV-00211

| POINSETTA ROUSE | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING DEFENDANT'S MOTION TO STRIKE** |
| UNITED HEALTHCARE SERVICES, INC. | ) | |
| Defendant. | ) | |

This matter having come before this Court on Defendant's Motion to Strike, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure; and;

It appearing to the Court that, for the reasons stated in Defendant's Memorandum of Law in Support of Motion to Strike, Paragraph 83 of Plaintiff's Complaint should be stricken.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Strike is GRANTED, and Paragraph 83 of Plaintiff's Complaint is hereby stricken.

This the 10th day of September, 2013.

_____
United States District Court Judge

4816-0984-1939, v. 1